**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR07-50047-001-PHX-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Brent Lee McCoy, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's detention hearing was held by defendant through defense counsel. The defendant has failed to appear in court as required on three separate occasions and has been a fugitive for two years.

IT IS ORDERED that the defendant is detained as flight risk pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk.

DATED this 9th day of September, 2009.

_____
Mark E. Aspey
United States Magistrate Judge